COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-395-CV

EDELMIRA AGUILAR, INDIVIDUALLY, APPELLANTS

AND AS INDEPENDENT EXECUTRIX

OF THE ESTATE OF JOSUE AGUILAR,

DECEASED; JUDITH AGUILAR, VIRGINIA

AGUILAR, AND MELBA AGUILAR

V.

SPOKANE MACHINERY, INC. APPELLEE

----------

FROM THE 352
nd
 DISTRICT 
COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered “Appellants’ Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the appellants, for which let execution issue.

PER CURIAM

PANEL D: GARDNER, WALKER, and MCCOY, JJ. 

DELIVERED: January 19, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.